# Exhibit B



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

October 8, 2019

**SENT VIA EMAIL**

Robert Olson
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, Virginia 22180-5615
wjo@mindspring.com

Dear Mr. Olson:

This letter is in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request submitted on behalf of Public Advocate of the United States of October 3, 2019, for:

> …all records relating to the production and distribution of the above-referenced video series, particularly CDC's continued use of or payment for placement of the above-referenced videos as advertisements on YouTube, Facebook, Google, or other social media or conventional platforms, from January 1, 2013 until CDC begins to process this request.
>
> Second, we request records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these platforms during the Trump presidency, including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017 (See attached.).

Your request has been assigned #20-00027-FOIA.

To ensure the most equitable treatment possible of all requesters, the CDC processes requests on a first-in, first-out basis, using a multiple track system based upon the estimated time it will take to process a request. Based on your description of the records you are seeking, your request has been placed in the complex track. We will be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the statute because we expect that we will have to:

☒ Search for and collect records from field facilities, archives, or locations other than the office processing the request.
☒ Search for, collect, or examine a great many records in response to a single request.
☒ Consult with another office or agency that has substantial interest in the determination of the request.

Page 2 – Robert J. Olson

In an effort to process your request promptly, you may wish to narrow the scope of your request to limit the volume of potentially responsive records. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact our FOIA Public Liaison at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

We have carefully considered your request for expedited service and determined that your request does not meet the criteria for granting expedited service as set forth under the provisions of the Act. I have determined that your request for expedited service does not meet the following criteria:

☒ You have failed to show that there is an imminent threat to the life or physical safety of an individual.
☒ You have not demonstrated that you are primarily engaged in disseminating information.

I have determined that your request for a waiver of fees does not meet the following criteria:

☒ The disclosure of the records will not contribute significantly to public understanding of the operations or activities of the government.
☒ You have failed to demonstrate that you disseminate information to the public.
☒ You have failed to provide sufficient information to warrant a waiver of fees.

The FOIA and HHS FOI regulations allow agencies to recover part of the costs of processing FOIA requests. There may be a charge for these records. You have been classified as an <u>All Other Requester</u> and as such, you will be charged search fees after two hours and duplication fees. You may also be charged for page duplication if you elect to receive any responsive records in hard copy (10 cents/page).

The cut-off date for your request will be the date the search for responsive records is initiated by program staff.

You may check on the status of your case by going to our FOIA webpage at [www2a.cdc.gov/od/foiastatus](http://www2a.cdc.gov/od/foiastatus) and entering this number. If you have any questions regarding your request, please contact Leigh Davidi at 770-488-6298.

We reasonably anticipate that you should receive documents by Monday, April 6, 2020. Please know that this date roughly estimates how long it will take the agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

Page 3 – Robert J. Olson

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue, Suite 729H, Washington, D.C. 20201. Please mark both your appeal letter and envelope "FOIA Appeal." Your appeal must be postmarked or electronically transmitted by Monday, January 6, 2020.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

20-00027-FOIA