# Exhibit C

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

October 25, 2019

***SENT VIA EMAIL***

Robert Olson
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, Virginia  22180-5615
wjo@mindspring.com

Dear Mr. Olson:

This letter is regarding to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of October 3, 2019, assigned #20-00027-FOIA, for:

> [a]ll records relating to the production and distribution of the above-referenced video series ('Acting Against AIDS campaign), particularly CDC's continued use of or payment for placement of the above-referenced videos as advertisements on YouTube, Facebook, Google, or other social media or conventional platforms, from January 1, 2013 until CDC begins to process this request.
>
> Second, we request records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these platforms during the Trump presidency, including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017 (See attached.).

This letter is to notify you that your request is overly broad and to seek your clarification regarding the subject matter of the records you seek. The FOIA allows the public to request access to "reasonably described" existing agency records (subject to any applicable FOIA exemptions to disclosure). This means you must describe the category of records you are seeking or the actual document(s), and provide sufficient details to permit a search with reasonable effort, utilizing existing indices and search tools.

As written your request seeks "all records". This universal descriptor of the record universe could require a search by countless employees that could likely generate an enormous volume of records that will require extensive review and redaction.

To assist the agency to conduct a reasonable search, please provide our office with additional information, such as: clarifying the date range of interest regarding the video series, provide the names of the specific videos from the video series of interest to you, and/or the precise production and distribution documents you seek.

Page 2 – Robert J. Olson

You may contact our FOIA Public Liaison at 770-488-6277 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

At this time, your request has been placed on hold until we receive the information requested. If you have any questions regarding your request, please contact Leigh Davidi at 770-488-6298.

**If we do not receive a response from you by Thursday, November 14, 2019, we will consider your request withdrawn and it will be closed.**

                                      Sincerely,

                                      Roger Andoh
                                      CDC/ATSDR FOIA Officer
                                      Office of the Chief Operating Officer
                                      Phone: (770) 488-6399
                                      Fax: (404) 235-1852

20-00027-FOIA