# Exhibit E



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

November 19, 2019

*SENT VIA EMAIL*

Robert Olson
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, Virginia  22180-5615
wjo@mindspring.com

Dear Mr. Olson:

This letter is in further response regarding your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request submitted on behalf of Public Advocate of the United States of October 3, 2019, for:

> [a]ll records relating to the production and distribution of the above-referenced video series, particularly CDC's continued use of or payment for placement of the above-referenced videos as advertisements on YouTube, Facebook, Google, or other social media or conventional platforms, from January 1, 2013 until CDC begins to process this request.
>
> Second, we request records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017 (See attached.).

We have received your narrowed scope dated October 30, 2019, in which you narrowed the scope of your request to the following:

> …in the interest of resolving this matter and moving our request forward, we offer the following supplemental descriptions of the specific records we seek:
>
> • records showing planning of the video series, including RFPs, proposals, discussing the how the topics covered in the video series would be addressed, including how homosexuals and the homosexual lifestyle would be portrayed, including "holding hands, hugging, kissing, playing footsie, "flirting," engaged in "foreplay," getting married, lying in bed together, adopting children, in various states of undress,  etc.";
> • records reflecting any objections to or disapproval of the video series;
> • records revealing the budget and costs for the video series, including its production and promotion;
> •  analyses of legal authority for the video series; and
> •  records reflecting CDC approval of the video series.

Page 2— Robert Olson

As to the second half of our request, we sought:

records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these platforms during the Trump presidency, including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017.

We do not believe that anyone could seriously characterize this part of our request as overly broad. Indeed, this request seeks the answer to two simple questions.

First, who was responsible for approving the video series during the Trump Presidency.

Second, how much did it cost since President Trump took office. The request also contains a clear (and narrow) date range (See attached.).

The FOIA and HHS FOI regulations allow agencies to recover part of the costs of processing FOIA requests. There may be a charge for these records. You have been classified as an All Other Requester and as such, you will be charged search fees after two hours and duplication fees. You may also be charged for page duplication if you elect to receive any responsive records in hard copy (10 cents/page).

However, your narrowed scope regarding your request is extensive. As written, the National Center for HIV/AIDS, Viral Hepatitis, STD, and TB Prevention (NCHHSTP) conducted a preliminary search for records. For the NCHHSTP records to be processed, the assessed cost for the NCHHSTP documents is $5958.00 (See attached invoice). Therefore, this letter is to notify you that your request will far exceed your stated fee limit of $100.00.

Therefore, in an effort to process your request promptly, you may wish to increase your willingness to pay amount or further narrow the scope of your request.

Please contact us to further discuss the scope and fees regarding your request.

**If we have not received a response from you by Tuesday, November 26, 2019, we will consider that you are no longer interested in receiving a response to your request and we will consider your request withdrawn.**

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

Enclosure:
Invoice

20-00027-FOIA