# Exhibit F

| Case No.: 20-00027 | Invoice of Fees for Freedom of Information Act Services | |
|---|---|---|
| Date of Invoice: 11/19/2019 | | DEPARTMENT OF HEALTH & HUMAN SERVICES |

| Requester's Name, Organization, and Address: | Instructions: |
|---|---|
| Robert Olson<br>William J. Olson, PC<br>370 Maple Avenue West, Suite 4<br>Vienna, Virginia  22180-5615<br>wjo@mindspring.com | 1. **Please write the case number,** shown at the top of this form, on your check or money order.<br>2. Make your check or money order payable to: **United States Department of Treasury.**<br>3. Return one copy of this form with your remittance.<br>4. Mail to: **CDC/ATSDR Freedom of Information Act (FOIA) Office<br>1600 Clifton Road<br>MS D-54<br>Atlanta, GA, 30329**<br>5. Payment is due within 30 days from the date of this invoice. Interest will be charged after the due date. |
| Category:  ☐ 1   ☐ 2   ☒ 3 | |

| Service | | No. of Items or Hours | Price per Item or Hour | Subtotal | Allowance (if applicable) | Total |
|---|---|---|---|---|---|---|
| **Reproduction** | Standard Pages (8 1/2 x 11) or (8 1/2 x 14) | | $ .10/Page | | 100 Free Pages | |
| | Other Reproduction | | | | | |
| **Search Costs** | Rate 1 (GS 1-8) | | $23.00/hr. | | | |
| | Rate 2 (GS 9-14) | 79.00 | $46.00/hr. | $3,634.00 | | $3,634.00 |
| | Rate 3 (GS 15 & above) | 30.00 | $83.00/hr. | $2,490.00 | $166.00 | $2,324.00 |
| **Review Costs** | Rate 1 (GS 1-8) | | $23.00/hr. | | | |
| | Rate 2 (GS 9-14) | | $46.00/hr. | | | |
| | Rate 3 (GS 15 & above) | | $83.00/hr. | | | |
| **Computer Costs** | Machine Time, Materials | | | | | |
| | Operator's Time or Search Time — Rate 1 | | $23.00/hr. | | | |
| | Operator's Time or Search Time — Rate 2 | | $46.00/hr. | | | |
| | Operator's Time or Search Time — Rate 3 | | $83.00/hr. | | | |
| **Certification** | | | $10.00 /ea. | | | |
| **Special Mailing Charges** | | | | | | |
| | | | | | **Pay Total of** ➝ | $5,958.00 |

| Person Preparing Invoice | Phone No. | |
|---|---|---|
| Leigh Davidi | (770) 488-6399 | |

**Notes**
Subject matter: Start Talking. Stop HIV video series.