# Exhibit G



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**                    Public Health Service

Centers for Disease Control
 and Prevention (CDC)
Atlanta GA 30333
December 3, 2019

*SENT VIA EMAIL*

Robert Olson
William J. Olson, PC
370 Maple Avenue West, Suite 4
Vienna, Virginia  22180-5615
wjo@mindspring.com

Dear Mr. Olson:

This letter is our final response regarding your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request submitted on behalf of Public Advocate of the United States of October 3, 2019, for:

> [a]ll records relating to the production and distribution of the above-referenced video series, particularly CDC's continued use of or payment for placement of the above-referenced videos as advertisements on YouTube, Facebook, Google, or other social media or conventional platforms, from January 1, 2013 until CDC begins to process this request.

> Second, we request records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017 (See attached.).

We have received your narrowed scope dated October 30, 2019, in which you narrowed the scope of your request to the following:

> …in the interest of resolving this matter and moving our request forward, we offer the following supplemental descriptions of the specific records we seek:

> - records showing planning of the video series, including RFPs, proposals, discussing the how the topics covered in the video series would be addressed, including how homosexuals and the homosexual lifestyle would be portrayed, including 'holding hands, hugging, kissing, playing footsie, 'flirting,' engaged in 'foreplay,' getting married, lying in bed together, adopting children, in various states of undress, etc.';
> - records reflecting any objections to or disapproval of the video series;
> - records revealing the budget and costs for the video series, including its production and promotion;
> - analyses of legal authority for the video series; and
> - records reflecting CDC approval of the video series.

> As to the second half of our request, we sought:

> records identifying who within CDC, HHS, or the federal government generally, made the decision to continue to use or promote these videos on these platforms during the Trump presidency, including information on the amount of federal funds that has been used to promote these videos, since January 20, 2017.

Page 2— Robert Olson

We do not believe that anyone could seriously characterize this part of our request as overly broad. Indeed, this request seeks the answer to two simple questions.

First, who was responsible for approving the video series during the Trump Presidency.

Second, how much did it cost since President Trump took office. The request also contains a clear (and narrow) date range (See attached.).

We have administratively closed your request for the following reason:

☒ The agency has not received additional information requested from you in our letter dated November 19, 2019.
☐ You have failed to reasonably describe your request to assist the agency in conducting a reasonable and adequate search for records.
☐ You have withdrawn your request.
☐ Failure to pay fees.

You may contact our FOIA Public Liaison at 770-488-6277 to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, Hubert H. Humphrey Building, 200 Independence Avenue, Suite 729H, Washington, D.C.  20201.You may also transmit your appeal via email to FOIARequest@psc.hhs.gov. Please mark both your appeal letter and envelope "FOIA Appeal." Your appeal must be postmarked or electronically transmitted by Monday, March 2, 2020.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
Phone: (770) 488-6399
Fax: (404) 235-1852

20-00027-FOIA